**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Nathan D. Meyer (020583)
ndm@jaburgwilk.com
K. Michelle Ronan (028923)
mir@jaburgwilk.com

Attorneys for Defendant USAA CIC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tammy Livingston, individually, | |
| Plaintiff, | Case No. |
| v. | |
| USAA Casualty Insurance Company, a Texas corporation doing business in Arizona, | NOTICE OF REMOVAL |
| Defendant. | |

In this breach of contract and insurance bad faith case arising from an Underinsured Motorist ("UIM") claim that Plaintiff Tammy Livingston made to Defendant USAA Casualty Insurance Company ("USAA CIC") after a January 3, 2017 accident in Graham County, Arizona, USAA CIC files this Notice of Removal of this action to the United States District Court for the District of Arizona.

1. On or about December 29, 2019, Plaintiff Tammy Livingston filed a Complaint in the Graham County Superior Court of Arizona captioned "TAMMY LIVINGSTON, *individually, vs. USAA CASUALTY INSURANCE COMPANY, a Texas corporation doing business in Arizona*" ("the "State Court Action"). *See* Exh. A., Complaint.

2. On February 24, 2020, Plaintiff served the Complaint on USAA CIC through the Arizona Department of Insurance. *See* Exh. A, Summons.

3. On February 26, 2020, Plaintiff served the Complaint on USAA CIC through its agent CSC. *See Anderson v. State Farm Mutual Automobile Insurance Co.,* 917 F.3d 1126 (9th Cir. 2019) (thirty-day removal clock commences when an insurer receives a complaint rather than service of complaint on an insurer's "statutorily designated agent").

4. Plaintiff is a citizen of Arizona for federal diversity jurisdiction purposes because:

   a. the Complaint alleges that Plaintiff is domiciled in Graham County, Arizona, *see* Exh. A., Comp. ¶ 1; and

   b. USAA CIC issued the insurance policy (the "Policy") from which this dispute arises to Plaintiff at an Arizona address.

5. USAA CIC is a citizen of Texas for federal diversity jurisdiction purposes because:

   a. USAA CIC is a Texas corporation;

   b. USAA CIC's principal place of business is in Texas; and

   c. the officers of USAA CIC direct, control, and coordinate the activities of USAA CIC from San Antonio, Texas.

6. Pursuant to 28 U.S.C. § 1332, this Court has diversity jurisdiction over this civil action because Plaintiff's allegations and sought damages indicate Plaintiff seeks more than the $75,000 minimum amount in controversy:

   a. The per person UIM limits in the Policy USAA CIC issued to Plaintiff are $300,000.

   b. Plaintiff's last demand was for the $300,000 policy limits, *see* Exh. A, Comp. ¶ 5;

   c. USAA CIC's last offer to Plaintiff was $37,000; and

   d. Plaintiff filed a $300,000 Offer of Judgment with the Complaint. *See* Exh. A, Pl.'s Offer of Judgment.

7. Pursuant to 28 U.S.C. § 1446(d), USAA CIC has filed a timely Notice of Removal within thirty days of Plaintiff serving the Complaint.

8. Written notice of this Notice of Removal will be given to Plaintiff as required by law.

9. USAA CIC has simultaneously filed a Notice of Filing Notice of Removal in the Graham County Superior Court of Arizona. *See* Exh. B, Notice of Filing Removal.

10. Pursuant to LRCP 3.6, copies of all pleadings filed in the Graham County Superior Court are attached. *See* Exh. A, Summons, Complaint, Rule 68 Offer of Judgment and Certificate of Compulsory Arbitration.

Accordingly, Defendant USAA CIC respectfully requests that this action be removed to this Court.

DATED this 27th day of March, 2020.

**Jaburg & Wilk, P.C.**

Nathan D. Meyer
K. Michelle Ronan
Attorneys for Defendant USAA CIC

*Certificate of Service*

I hereby certify that on 27th day of March, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Thabet Khalidi
KHALIDI LAW FIRM, PLLC
116 West Cushing Street
Tucson, AZ 85701-2218
(520) 629-9909
courtdocs@tnklaw.com
*Attorneys for Plaintiff*

/s/ Jennifer Smith