# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tammy Livingston, | No. CV-20-00138-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| USAA Casualty Insurance Company, | |
| Defendant. | |

Pending before this Court is the Parties' Stipulation to Dismiss with Prejudice ("Stipulation"). (Doc. 22). In the interest of the judicial economy and good cause appearing, the Parties' Stipulation (Doc. 22) is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Each party shall bear their own fees and costs. The Clerk of the Court shall close this case file and docket accordingly.

Dated this 5th day of January, 2021.

Honorable Raner C. Collins
Senior United States District Judge